UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

In re:

LIGHTSQUARED INC., *et al.*,

            Debtors.

SANJIV AHUJA,

            Appellant,

v.

LIGHTSQUARED INC., *et al.*,

            Appellees.

No. 15-2480-cv

**STIPULATION AND ORDER
REGARDING BRIEFING SCHEDULE**

      This stipulation and order is entered into by and between Sanjiv Ahuja ("Ahuja"), the Appellant in this appeal, and LightSquared Inc. and certain of its affiliates (collectively, "LightSquared," and together with Ahuja, the "Parties"), as debtors and debtors in possession in the above-captioned chapter 11 cases and Appellees in this appeal, through their respective counsel.

      **WHEREAS**, on August 5, 2015, Ahuja commenced this appeal by filing a Notice of Appeal from the Judgment of the United States District Court for the Southern District of New York in Case No. 15-cv-2342;

**WHEREAS**, on August 6, 2015, Ahuja filed a motion pursuant to Rules 2 and 31(a) of the Federal Rules of Appellate Procedure ("Appellate Rules") and Local Rule 31.2(a)(1) requesting that this Court expedite briefing in this appeal, which request LightSquared does not oppose;

**WHEREAS**, pursuant to Appellate Rule 30(c)(1) and Local Rule 30.1(c), the parties may stipulate and the Court may order that preparation of the appendix is deferred beyond the dates specified in Appellate Rule 30(b)(1); and

**WHEREAS**, the Parties have agreed, subject to approval of the Court, to be bound by the terms below.

**IT IS HEREBY STIPULATED AND AGREED, AND IT IS ORDERED THAT:**

1. Ahuja must file his opening appellate brief on or before August 27, 2015. LightSquared must file its appellate brief on or before September 17, 2015. Ahuja must file any reply brief on or before September 25, 2015.

2. Ahuja must serve on LightSquared a designation of the parts of the record Ahuja intends to include in the appendix on or before August 31, 2015. Record citations in Ahuja's opening appellate brief must conform to Appellate Rule 30(c)(2)(B). LightSquared must serve on Ahuja a designation of additional parts of the record to be included in the appendix on or before September 4, 2015. Ahuja shall file and serve the appendix on or before September 15, 2015.

3. Except as expressly provided herein, the Appellate Rules and the Local Rules of this Court continue to govern this appeal.

IN WITNESS WHEREOF, and in agreement herewith, the Parties have executed and delivered this Stipulation and Order as of the date set out below.

Dated: August 20, 2015 /s/ *Michael L. Hirschfeld*
Andrew M. Leblanc
Alan J. Stone
Michael L. Hirschfeld
MILBANK, TWEED, HADLEY
 & M$^c$CLOY LLP
*Attorneys for Debtor-Appellees*
28 Liberty Street
New York, NY 10005-1413
Telephone: (212) 530-5000

Dated: August 20, 2015 /s/ *Avery Samet*
Bijan Amini
Avery Samet
Jeffrey Chubak
STORCH AMINI & MUNVES PC
*Attorneys for Appellant Sanjiv Ahuja*
2 Grand Central Tower, 25th Floor
New York, NY 10017
Telephone: (212) 490-4100

SO ORDERED:

Dated: _____, 2015
 New York, New York

_____